UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :   Hon. Noel L. Hillman
                            :
     v.                     :   Crim. No. 09-199 (NLH)
                            :
DARNELL R. DIGGS            :

This matter is before the Court on the United States' February 15, 2010 Motion In Limine to Admit Certain Evidence and the defendant's April 9, 2010 response in opposition; the defendant having entered a guilty plea to a Superseding Information on April 12, 2010;

IT IS HEREBY ORDERED this 16th day of April 2010, as follows:

1. The United States' February 15, 2010 Motion In Limine to Admit Certain Evidence is **DENIED**, as moot, the defendant having entered a plea of guilty to a Superseding Information; and

2. The trial date previously scheduled for April 19, 2010 is adjourned, the defendant having pled guilty to a Superseding Information;

3. Sentencing in this matter is now scheduled for July 23, 2010 at 11:00 a.m.

                            _____
                            Noel L. Hillman
                            United States District Judge
                            Camden, New Jersey